UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAWRENCE FELTZIN, Individually,

   Plaintiff,

vs.           Case No. 1:15-CV-05509-LDH-RER

ALROSE KING DAVID LLC,
a New York Limited Liability Company,
and STABILIS FUND IV, LP,
a Delaware Limited Partnership,

   Defendants.

## NOTICE OF VOLUNTARY DISMISSAL
*[only as to Defendant Alrose King David LLC]*

  COMES NOW Plaintiff, LAWRENCE FELTZIN, by and through his undersigned counsel, and herein files this Notice of Voluntary Dismissal as to Defendant ALROSE KING DAVID LLC, pursuant to Federal Rule of Civil Procedure 41 (a) 1 (A)(i).

  Nothing herein shall affect the lawsuit against Defendant STABILIS FUND IV, LP, a Delaware Limited Partnership.

            Respectfully submitted,

Date: January 16, 2018    */s/ Lawrence A. Fuller*
            Lawrence A. Fuller, Esq. (LF 5450)
            FULLER, FULLER & ASSOCIATES, P.A.
            12000 Biscayne Blvd., Suite 502
            North Miami, FL 33181
            (305) 891-5199
            (305) 893-9505 - Facsimile
            Lfuller@fullerfuller.com
            and

        Keith Harris, Esq. (KH4604)
        Braff, Harris, Sukoneck & Maloof
        305 Broadway
        New York, NY 10007
        (973)994-6777
        Fax: (973)994-1296
        Email: kharris@bhs-law.com

        Counsel for Plaintiff Lawrence Feltzin

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing document was filed this 16th day of January, 2018, via the Court's CM/ECF system, which will automatically generate a notice to counsel for Defendant Alrose King David LLC, Akiva M. Cohen, acohen@kusklaw.com, Kamermahn, Uncyk, Soniker & Klein, P.C., 156 Fifth Avenue, 10th Floor, New York, NY 10010. Defendant Stabilus Fund IV, LP will be served via service of process c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2543.

        */s/ Lawrence A. Fuller*
        Lawrence A. Fuller, Esq. (LF 5450)
        Lawrence A. Fuller, Esq. (LF 5450)
        FULLER, FULLER & ASSOCIATES, P.A.
        12000 Biscayne Blvd., Suite 502
        North Miami, FL 33181
        (305) 891-5199
        (305) 893-9505 - Facsimile
        Lfuller@fullerfuller.com
        *Counsel for Plaintiff*