UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LAWRENCE FELTZIN, Individually,

    Plaintiff,

vs.

STABILIS FUND IV, LP,
a Delaware Limited Partnership,

    Defendant.

Case No. 1:15-CV-05509-LDH-RER

## STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted,

**FOR THE PLAINTIFF:**

*/s/ Lawrence A. Fuller*

Lawrence A. Fuller, Esq. (LF-5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com
and

**FOR THE DEFENDANT:**

*/s/ Wayne C. Stansfield*

Wayne C. Stansfield, Esq.
Reed Smith LLP
Three Logan Square
1717 Arch Street - Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
wstansfield@reedsmith.com

Dated: January 5, 2021

Keith Harris, Esq. (KH4604)
Braff, Harris, Sukoneck & Maloof
305 Broadway
New York, NY 10007
(973)994-6777
Fax: (973)994-1296
Email: kharris@bhs-law.com

Dated: January 5, 2021

**SO ORDERED:**

s/LDH                                          Dated: January 6, 2021

LaShann DeArcy Hall
United States District Judge